AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodman, Jonathan | District Court -- Southern District of Florida | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

James Lawrence King Federal Justice Building
Room 1168
99 N.E. 4th Street
Miami, FL 33131

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Akerman Senterfitt 401(k) (former law firm, I have no control other than selecting mutual funds offered by the firm) (funds listed in Part VII) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Teaching stipend, University of Miami School of Law | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Dr. Elaine Klein, salary |
| 2. | 2014 | Dr. Stephen Samson, salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Bar Association | Honorary membership (one-year) | $285.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit cards | J |
| 2. | American Express | credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (savings, CDs) | A | Interest | L | T | | | | | |
| 2. Wells Fargo | A | Interest | | | Closed | 02/01/14 | J | | |
| 3. Rental Apartment (Lauderhill, FL) | B | Rent | L | W | | | | | |
| 4. Janus, Contrarian Fund D Shares | A | Dividend | L | T | | | | | |
| 5. Janus, Growth & Income Fund | A | Dividend | J | T | | | | | |
| 6. Janus, Perkins Mid Cap Value Fund D | A | Dividend | J | T | | | | | |
| 7. Janus, Itech U.S. Core Fund D | A | Dividend | J | T | | | | | |
| 8. Vanguard, Growth Index Fund Inv. | A | Dividend | J | T | | | | | |
| 9. Vanguard, U.S. Growth Fund Investor | A | Dividend | J | T | | | | | |
| 10. Vanguard, Windsor II Fund Inv. | A | Dividend | K | T | | | | | |
| 11. Artisan Mid Cap Value Fund (401k) | A | Dividend | L | T | | | | | |
| 12. T. Rowe Price Mid Cap Growth (401k) | | None | L | T | | | | | |
| 13. Aston/Montag & Caldwell Growth Fund 1 (401k) | | None | | | Redeemed | 12/13/14 | M | | |
| 14. RidgeWorth Large Cap Value Equity I (401k) | A | Dividend | J | T | | | | | |
| 15. Vanguard 500 Index Signal (401k) | | None | | | Redeemed | 12/13/14 | K | | |
| 16. Suntrust-Akerman Aggresive Option (401k) | | None | | | Redeemed | 12/13/14 | K | | |
| 17. Suntrust-Akerman Conserv. Option (401k) | | None | | | Redeemed | 12/13/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Suntrust-Akerman Mod. Option (401k) | | None | | | Redeemed | 12/13/14 | M | | |
| 19. Janus Venture Fund T (401k) | A | Dividend | J | T | | | | | |
| 20. Pimco Real Return Bond Fund, Instl (401k) | A | Dividend | K | T | | | | | |
| 21. Federated Capital Preservation Fund I (401k) | A | Dividend | L | T | | | | | |
| 22. Federated Government Obligations SS (401k)(cash equivalents) | A | Dividend | K | T | | | | | |
| 23. T. Rowe Price, Health Sciences (IRA) | | None | J | T | | | | | |
| 24. T. Rowe Price New Am. Growth (IRA) | | None | M | T | | | | | |
| 25. T. Rowe Price New Horizons (IRA) | | None | M | T | | | | | |
| 26. T. Rowe Price Science & Techn. (IRA) | | None | K | T | | | | | |
| 27. Neuberger/Berman Large Cap Value Investor (IRA) | | None | K | T | | | | | |
| 28. Equivest Com Stock Index (IRA) | | None | J | T | | | | | |
| 29. Equivest Equity 500 Index (IRA) | | None | J | T | | | | | |
| 30. Equivest Multimanager Aggr. Equity (IRA) | | None | J | T | | | | | |
| 31. EQ/International Equity Index (IRA) | | None | J | T | | | | | |
| 32. Alliance Bernstein Global (IRA) | | None | J | T | | | | | |
| 33. Blackrock Basic (IRA) | A | Int./Div. | J | T | | | | | |
| 34. Blackrock Pacific Fund (IRA) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Blackrock S & P 500 (IRA) | A | Int./Div. | J | T | | | | | |
| 36. Goldman Sachs Structured (IRA) | A | Int./Div. | J | T | | | | | |
| 37. Merrill Research Bond CL B (IRA) | A | Int./Div. | J | T | | | | | |
| 38. Seligman Commun. & Info FD CL C (IRA) | | None | J | T | | | | | |
| 39. Columbia (Threadneedle Emerging Markets Fund CL C (IRA) | | None | J | T | | | | | |
| 40. Merrill Edge Cash (IRA) | | None | J | T | | | | | |
| 41. Neuberger/Berman Large Cap Value Investor (IRA) | A | Dividend | K | T | | | | | |
| 42. Vanguard Windsor II (IRA) | A | Dividend | J | T | | | | | |
| 43. Vanguard 500 Index Fund Inv. (IRA) | A | Dividend | K | T | | | | | |
| 44. Vanguard Windsor II Fund Inv. (IRA) | A | Dividend | K | T | | | | | |
| 45. Northwestern Mutual Whole Life Policy (cash value) | | None | K | U | | | | | |
| 46. Mass. Mutual Whole Life Policy (cash value) | | None | K | U | | | | | |
| 47. RidgeWorth Small Cap Value Equity I (401 K) | A | Dividend | L | T | | | | | |
| 48. Pimco Total Return - Inst. (401 K) | A | Dividend | | | Redeemed | 12/13/14 | K | | |
| 49. Lazard Emerging Markets Instl (401 K) | C | Dividend | M | T | | | | | |
| 50. Bank United (rollover inherited annuity) | D | Distribution | L | T | | | L | | |
| 51. Beal Bank USA | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oakmark I (401 K) | A | Dividend | L | T | Buy | 12/13/14 | L | | |
| 53. Vanguard 500 Index Fund - Admiral (401 k) | | None | M | T | Buy | 12/13/14 | M | | |
| 54. T. Rowe Price Retirement 2020 Fund | B | Dividend | M | T | Buy | 12/13/14 | M | | |
| 55. T. Rowe Price Retirement 2025 Fund | B | Dividend | M | T | Buy | 12/13/14 | M | | |
| 56. Metroplitan West Total Return Bond I | A | Dividend | K | T | Buy | 12/13/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As in prior years, I have not included my TSP balance in the financial reporting, as I have been advised to not disclose it. I also have not included my automobile lease obligations (for 3 vehicles), as I have been instructed that disclosure is not necessary.

The Wells Fargo account, where I was listed as a co-owner [          ], has been closed. I do not recall the date when it was closed.

The redemptions and purchases for the 401 (K) mutual funds resulted from my former law firm (which selects the funds) changing certain funds and giving 401 (K) participants alternatives from the newly-selected mutual funds. The money was transferred from the now-closed funds to the new funds. There was no "transfer" in the designated alternatives on the spread sheet, so I used "redemption" and "buy," which seemed to me to be the closest description of what occurred.

On line 50, [        ] was required to take a mandatory distribution from this rollover annuity account which she inherited from [        ]. There did not appear to be an applicable transaction description for this in column D.

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/06/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan Goodman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544